FILE COPY

DATE: 6/12/2015

RE: Case No. 15-0189

COA #: 12-14-00299-CV    TC#: 3-41298

STYLE: MICHAEL KENNEDY
v. THE TEXAS COURT OF CRIMINAL APPEALS, AUSTIN,
TEXAS, ET AL.

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 12 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK